UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-210-LDG-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES SILVESTRI ) | |
| ) | |
| Defendant. ) | |

FILED DEC 15 2016 CLERK US DISTRICT COURT DISTRICT OF NEVADA

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#855) on August 21, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HOME DEPOT
Amount of Restitution: $2,227.66

Name of Payee: KMART
Amount of Restitution: $331.38

Name of Payee: PETSMART
Amount of Restitution: $98.51

Name of Payee: WALGREENS
Amount of Restitution: $488.09

Name of Payee: ALBERTSONS
Amount of Restitution: $125.20

Name of Payee: CERETGY
Amount of Restitution: $4,348.70

Name of Payee: TJ MAXX
Amount of Restitution: $457.12

Name of Payee: WINDSOR FASHIONS
Amount of Restitution: $92.52

**Total Amount of Restitution ordered: $8,169.18\*\***

\*\*Joint and Several with co-defendants

Dated this \_\_\_\_14\_\_\_\_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

2